# EXHIBIT 2
## TO THE COMPLAINT

Publication Number: 3964-0125

# Intellectual Property Rights Seizure Statistics



U.S. Customs and
Border Protection

## Fiscal Year 2024

**Disclaimer**: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload



# IPR Seizure Statistics



## Seizures Over the last 5 Years

U.S. Customs and Border Protection (CBP) is responsible for enforcing trade laws regarding Intellectual Property Rights (IPR) and conducts operations to seize violative merchandise before it enters the United States for public consumption.

From Fiscal Year (FY) 2020 to FY 2024, the total number of goods seized for IPR violations has more than doubled, and the total manufacturer's suggested retail price (MSRP) of these goods has seen an increase of 415%.

In addition to seizure, CBP executed 99,959 alternative enforcement actions, such as abandonment and destruction.

## IPR Seizure Quantity and MSRP (FY 2020-2024)

| FY | Quantity Seized (Millions) | MSRP (Billions) |
|---|---|---|
| FY 2020 | 10.4 | $1.3 |
| FY 2021 | 50.6 | $3.3 |
| FY 2022 | 24.8 | $3.0 |
| FY 2023 | 23.0 | $2.8 |
| FY 2024 | 32.3 | $5.4 |

**Quantity Seized** — **MSRP of Seized Merchandise**



# IPR Seizure Statistics

 **Violative Commodities Seized**

For the last three years, the top commodities seized for IPR infringement with the highest total MSRP have been (1) Jewelry, (2) Watches, and (3) Handbags/Wallets.

## FY 2024 Top 10 Commodities by MSRP



*IPR violative goods threaten American innovation and competitiveness.*

| Commodities | MSRP |
|---|---|
| Jewelry | $1,654,738,737 |
| Watches | $1,442,665,050 |
| Handbags/Wallets | $1,086,024,208 |
| Sunglasses | $414,106,770 |
| Wearing Apparel/Accessories | $178,985,556 |
| Pharmaceutical Items | $129,609,308 |
| Footwear | $127,632,532 |
| Consumer Electronics | $125,627,440 |
| Perfumes | $57,346,136 |
| Headgear | $40,040,596 |

## FY 2024 Top 10 Commodities by Quantity Seized



*IPR violative commodities pose risks to **American citizens** due to health and safety concerns.*

| Commodities | Quantity Seized |
|---|---|
| Handbags/Wallets | 5,132,402 |
| Pharmaceuticals | 3,743,413 |
| Wearing Apparel | 1,043,853 |
| Sunglasses | 771,533 |
| Consumer Electronics | 727,310 |
| Jewelry | 713,036 |
| Footwear | 604,553 |
| Perfume | 528,036 |
| Personal Care | 500,716 |
| Toys | 284,826 |



# IPR Seizure Statistics



## IPR Violations on a Global Scale

China and Hong Kong are consistently the top two countries for IPR seizures. In FY 2024 , seizures from China and Hong Kong accounted for approximately 90% of the total quantity seized.

### FY 2024 Top 10 Countries with Highest MSRP



| Countries | MSRP |
|---|---|
| China | $4,148,899,995 |
| Hong Kong | $872,341,492 |
| India | $113,483,181 |
| Philippines | $38,181,631 |
| Thailand | $29,149,599 |
| Turkey | $19,838,243 |
| Singapore | $17,569,489 |
| Colombia | $16,709,712 |
| Germany | $10,808,273 |
| United Arab Emirates | $10,226,132 |

### FY 2024 Top 10 Countries by Quantity Seized



| Countries | Quantity Seized |
|---|---|
| China | 22,472,192 |
| Hong Kong | 5,454,876 |
| India | 1,712,382 |
| Turkey | 207,860 |
| Germany | 206,355 |
| Taiwan | 111,172 |
| Vietnam | 98,401 |
| Oman | 89,630 |
| Egypt | 83,686 |
| Singapore | 73,936 |



# IPR Seizure Statistics



## Seizures by Mode of Transportation

The vast majority of IPR seizures continue to take place within the express consignment and mail shipping methods. In FY 2024, 97% of IPR seizures in the cargo environment occurred in the de minimis shipments.

### FY 2024 IPR Seizures by Transportation Mode

| Transportation Mode | Quantity | MSRP |
|---|---|---|
| Commercial Vessel | 11,719,427 | $2,838,696,175 |
| Express Consignment | 7,264,211 | $1,843,505,407 |
| Commercial Air | 3,999,304 | $295,782,028 |
| No Transportation Involved | 5,069,008 | $226,380,129 |
| Mail | 3,251,489 | $200,893,783 |
| Rail | 267,612 | $6,397,539 |
| Other | 734,361 | $5,094,655 |
| Commercial Truck | 54,438 | $4,481,251 |
| Auto | 2,708 | $697,560 |
| Pedestrian | 224 | $26,862 |



# IPR Seizure Statistics



## Health, Safety, and Security Commodities

Counterfeit goods can pose harmful risks to consumers such as illness, injury, and even death. The Top 10 health, safety, and security commodities seized in FY 2024 based on quantity seized were:

**1. Pharmaceuticals**
3,743,413 items
$129,609,308 MSRP

**2. Sunglasses**
771,533 items
$414,106,770 MSRP

**3. Consumer Electronics**
727,307 items
$125,627,439 MSRP

**4. Perfumes**
528,036 items
$57,346,136 MSRP

**5. Personal Care**
500,716 items
$7,624,679 MSRP

**6. Toys**
284,826 items
$7,338,917 MSRP

**7. Automotive/Aerospace**
231,901 items
$9,142,252 MSRP

**8. Computer/Hardware**
89,955 items
$3,140,576 MSRP

**9. Cellphones**
70,900 items
$1,072,704 MSRP

**10. Cigarettes**
54,312 items
$6,284,452 MSRP








# IPR Seizure Statistics



## IPR Reporting and Recordation

CBP enforces trademarks and copyrights that have been recorded with CBP for border enforcement through the e-Recordation Program.

### Number of Active Recordations Enforced

CBP's **e-Recordation program** allows IPR holders to record IPR that has been registered with either USPTO or USCO. Recorded IPR can be protected from counterfeits and piratical copyrights.



### Number of IPR e-Allegations

CBP's **e-Allegations program** provides an electronic portal for members of the community to report trade violations including IPR trade violations. In FY 2024, IPR represented 21% of all e-Allegations. E-Allegations can be submitted to CBP at: https://www.cbp.gov/trade/e-allegations





# Points of Contact

**Questions?**

**Guidance on CBP IPR Policy and Programs:** The IPR and E-Commerce Division coordinates with rights holders, members of the trade community, CBP staff, other Federal agencies, and foreign governments in developing and implementing the Agency's IPR enforcement strategy, policy, and programs. To contact the IPR Division, email iprhelpdesk@cbp.dhs.gov.

**Guidance on CBP's IP Enforcement:** The attorney-advisors of the Intellectual Property Enforcement Branch (IPE) of Regulations and Rulings are the agency's technical legal experts regarding IPR enforcement and administer CBP's eRecordation program.  IPE educates the trade on IPR enforcement best practices, drafts Informed Compliance Publications, adjudicates petitions for relief, and trains the CBP workforce, partner government agencies, and international partners on IPR border enforcement.  To contact IPE with questions, email HQIPRBranch@cbp.dhs.gov.

**Guidance on the eRecordation Program:** The paralegals of the Intellectual Property Enforcement Branch (IPE) administer CBP's eRecordation program and manage the internal and external facing IPR databases.  For questions regarding recordation applications, updates and renewals, changes to your recordation, and/or requests for a presentation on the program and best practices in getting the most enforcement out of your recordation, email IPRRQuestions@cbp.dhs.gov.

**Advance Rulings:** Ruling requests concerning articles potentially subject to an ITC exclusion order may be submitted to **EOEBranch.ITC337.Rulings@cbp.dhs.gov**.

**e-Allegations:** If you are aware of or suspect a company or individual is committing IPR crime, please report trade violations using **CBP's e-Allegations Online Trade Violation Reporting System**. Trade violations can also be reported by calling **1-800-BE-ALERT**.

**National Intellectual Property Rights Coordination Center:** To report IPR violations of Intellectual Property Rights, including counterfeiting and piracy, contact the **National IPR Coordination Center** or call **1-866-IPR-2060**. The information will be reviewed by IPR Center staff and disseminated for appropriate investigative response and tactical use to IPR Center partners.

