**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CASETAGRAM LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>meimei22, et al.,<br><br>Defendants. | Case No. 26-cv-05485<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Young B. Kim |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff Casetagram Limited, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendants: sdtrenet (2) and superfastpost (3) (Collectively "Defendants") without prejudice.

Dated: October 26, 2026

Respectfully submitted,

Plaintiff Casetagram Limited,

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874